

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SA
F.#2010R00256

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 11, 2012

<u>By Federal Express</u>

Lloyd Epstein, Esq.
Epstein & Weil
225 Broadway, Ste. 1203
New York, NY 10007

Mark De Marco
2027 Williamsbridge Road
Bronx, NY 10401

    Re: United States v. Sebbern & Waiters,
       <u>Criminal Docket No. 10-087 (SLT)</u>

Dear Counsel:

  Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes the following discovery in the above-captioned case. Please also consider this letter to constitute the government's renewed request for reciprocal discovery pursuant to Rule 16.

1. <u>Documents and Tangible Objects</u>

  Enclosed are copies of DNA records from the City of New York, Office of Chief Medical Examiner for Dexter Waiters and Dontae Sebbern:

  a) DNA records for Dontae Sebbern, Bates-numbered DS-DNA-000001 through DS-DNA-000004.

  b) DNA records for Dexter Waiters, Bates-numbered DW-DNA-000001 through DW-DNA-000004

  If you have any questions or further requests, please

do not hesitate to contact me.

                              Very truly yours,

                              LORETTA E. LYNCH
                              United States Attorney

By: _____
                              Shreve Ariail
                              Assistant United States Attorney
                              (718) 254-6616

Enclosures